United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THOMAS, ROBERT L. and JAMES ALLEN §<br>    *Plaintiffs* §<br>V. §<br>§<br>McCARTHY & HOLTHUS LLP, ON BEHALF §<br>OF FLAGSTONE LENDING GROUP A §<br>NON-EXISTENT A UTAH CORPORATION, §<br>AND SUCCESSOR/ASSIGNEE J.P. MORGAN §<br>CHASE BANK N.A. and ELIZABETH THOMAS §<br>    *Defendants* §<br>§<br>PRIMARY RESIDENTAL MORTGAGE INC. §<br>    *Intervenor* §<br>V. §<br>ELIZABETH THOMAS §<br>    *Defendant* § | Adversary No. 22-03024 |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL JENNIFER N. CHANG

After considering Primary Residential Mortgage, Inc.'s ("PRMI") Motion to Withdraw Counsel Jennifer N. Chang and the response, if any, the Court FINDS that the motion should be GRANTED. It is therefore ORDERED that counsel Jennifer N. Chang is withdrawn as for PRMI. Further, Gwen E. Richard is designated as lead attorney for PRMI.

Signed: March 17, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

APPROVED & ENTRY REQUESTED:

**McKinney Taylor P.C.**
By: */s/ Gwen E. Richard*
**Gwen E. Richard**
S.D. Tex. ID No. 12923
State Bar No. 16842730
richard@mckinneytaylor.com
**Andrew T. McKinney IV**
State Bar No. 13716800

1

mckinney@mckinneytaylor.com
Three Riverway, Suite 900
Houston, Texas 77056
Telephone: (713) 487-1487
Facsimile:  (713) 487-1488

**ATTORNEYS FOR PRIMARY
RESIDENTIAL MORTGAGE, INC.**

2