IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 99-99999 |
| | § | |
| OUT OF DISTRICT MAIN CASE, | § | CHAPTER 7 |
| | § | |
| Debtor. | § | |
| | § | |
| ROBERT L. THOMAS, *et al.*, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 22-3024 |
| | § | |
| ELIZABETH THOMAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## JOINT STATEMENT ON THE ISSUES

Pursuant to the Court's Order Requiring Parties to Submit Statement issued on April 10, 2024, Intervenor-Plaintiff, Primary Residential Mortgage Inc. (PRMI), and Defendant, Elizabeth Thomas, file this Joint Statement on the Issues and would show the Court as follows:

There are no remaining issues in this adversary proceeding.

Colleen M. McClure, counsel for Plaintiffs, Robert L. Thomas and James Allen, has advised that she is unable to participate in this Joint Statement. On April 12, 2024, Ms. McClure filed a Motion to Withdraw as Counsel for Plaintiffs. Ms. McClure has advised counsel for PRMI that she has no authority to either agree or oppose this Joint Statement due to the pending Motion to Withdraw.

PRMI seeks the Court's guidance on proceeding under these circumstances.

1

Respectfully submitted,
**IRELAN McDANIEL**
A Professional Limited Liability Company

By: _____
Gwen E. Richard
Texas State Bar No. 16842730
2520 Caroline St., 2nd Floor
Houston, Texas 77004
Phone: 713.222.7666
Fax:    713.222.7669
grichard@imtexaslaw.com

**ATTORNEY FOR**
**INTERVENTOR-PLAINTIFF, PRIMARY**
**RESIDENTIAL MORTGAGE INC.**

By: _____
Elizabeth Thomas
712 H Street NE #1297
Washington, DC  20002
Phone: 713.832.813.9231
elizthomas234@gmail.com
tethomas3@aol.com

**PRO SE DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify service of a copy of the foregoing document on May 1, 2024, in accordance with the Federal Rules of Civil Procedure via the Court's Case Management/Electronic Case Files (CM/ECF) and as indicated below:

Elizabeth Thomas
**PRO SE DEFENDANT**
712 H Street NE #1297
Washington DC 20002
_____ By U.S. Mail
__X__ By Personal Delivery
_____ By Email: Elizthomas234@gmail.com
_____ By Email: Tethomas3@aol.com

Colleen M. McClure
**ATTORNEY FOR PLAINTIFFS**
6046 FM 2920 #425
Spring, Texas 77379

2

\_\_\_\_\_ By U.S. Mail
\_\_\_\_\_ By Personal Delivery
  X By Email: colleen.mcclure@att.net

_____
Gwen E. Richard