United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 06, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPCTY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: ELIZABETH THOMAS § <br> _____ § <br> § <br> JAMES ALLEN AND ROBERT L THOMAS § <br> Plaintiffs § <br> vs § <br> McCARTHY & HOLTHUS LLP, § <br> ON BEHALF OF FLAGSTONE LENDING § <br> GROUP A NON-EXISTENT A UTAH § <br> CORPORATION, AND § <br> SUCCESSOR/ASSIGNEE J.P. MORGAN § <br> CHASE BANK N.A. and ELIZABETH § <br> THOMAS § <br> Defendants § <br> _____ § <br> § <br> PRIMARY RESIDENTIAL MORTGAGE INC. § <br> Intervenor/Defendant § <br> vs. § <br> ELIZABETH THOMAS § <br> Defendant § | Adversary Cause No. 22 AP-03024 Debtor |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

On May 6, 2024 the Court considered the Motion for Withdrawal of Counsel of Colleen M. McClure on behalf of James Allen and Robert Thomas.

The Court finds that good cause exists for the withdrawal of Colleen M. McClure as counsel for James Allen and Robert Thomas.

The Court finds that a copy of the Court's Order of April 10, 2024 and Counsel's Motion for Withdrawal of Counsel filed on April 12, 2024 was delivered to James Allen at 2564 Andover Drive, Doraville, Georgia 30360; and through his email address is jamesthegreat74@gmail.com, and that there is an Order dated April 10, 2024 which has a responsive deadline.

The Court finds that notice was served of the Court's Order and Counsel's Motion to Withdraw was served on Robert Thomas via email at <u>robert9thomas@yahoo.com</u> and at his address at 3337 Cypress Creek Parkway, Suite A, Houston, Texas 77068, and that there is an Order dated April 10, 2024 which has a responsive deadline.

**IT IS THEREFORE ORDERED** that Colleen M. McClure, Attorney at Law, is permitted to withdraw as counsel of record for James Allen and Robert Thomas in the above referenced case.

The Court finds that the last known mailing address of James Allen is 2564 Andover Drive, Doraville, Georgia 30360. His email address is jamesthegreat74@gmail.com, and ORDERS that all notices in this case shall be either delivered to James Allen in person or sent to James Allen at 2564 Andover Drive, Doraville, Georgia 30360 by both certified and regular first-class mail.

The Court orders that Colleen M. McClure immediately notify James Allen in writing of any additional settings or deadlines of which she now has knowledge and has not already notified James Allen. The Court further orders Colleen M. McClure to make available to James Allen, no later than ten (10) days after the date of entry of this order, the originals of all of

James Allen discovery responses and documents James Allen have produced in response to discovery requests, if any.

Signed: May 06, 2024

                                                                 Marvin Isgur
                                        United States Bankruptcy Judge

AGREED TO FORM AND SUBSTANCE:

**COLLEEN M. MCCLURE**
**ATTORNEY AT LAW**

By: /s/Colleen M. McClure
Colleen M. McClure
Texas Bar No. 24012121
6046 Fm 2920, #425
Spring, Texas 77379
Telephone Number: (281) 440-1625
Facsimile Number: (281) 946-5627
Email: colleen.mcclure@att.net