United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 17, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**ROBERT L. THOMAS,** *et al.***,**
,

**VS.**                                                    **ADVERSARY NO. 22-3024**

**ELIZABETH THOMAS,** *et al.***,**

      **Defendants.**

## ORDER CLOSING ADVERSARY PROCEEDING

      The Court required the parties to submit a statement describing any remaining issues in this adversary proceeding by May 1, 2024.  ECF No. 40.

      Plaintiffs' former counsel, in her motion to withdraw as counsel, stated: "There are no pending matters before this court."  ECF No. 41.  Plaintiffs, James Allen and Robert Thomas, were served notice of the motion to withdraw.  The motion to withdraw was granted.  ECF No. 46.  Plaintiffs have not made any appearance in the case since the Court's order requiring a statement on the issues.

      Intervenor-Plaintiff, Primary Residential Mortgage Inc., and Defendant, Elizabeth Thomas, filed a joint statement, stating: "There are no remaining issues in this adversary proceeding."  ECF No. 45.

      This adversary proceeding is closed.

SIGNED 05/17/2024

                                        Marvin Isgur
                           United States Bankruptcy Judge