# IN THE UNITED STATES BANKRUPCTY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 99-99999 |
| ELIZABETH THOMAS | CHAPTER 7 |
| *Debtor* | |
| ROBERT L.THOMAS *et al.*, Plaintiffs Vs. ELIZABETH THOMAS *et, al,* Defendants | ADVERSARY NO. 22-3024 |

## AMENDED ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Pending before the Court is the Plaintiffs Robert L. Thomas and James Allen Motion for Reconsideration of the Courts May 6, 2024, Order [Doc. 46], the Plaintiffs moves the court to amend said order granting Attorney Colleen M. McClure Motion to Withdraw on the grounds that they were never effectively served with said Motion. Additionally Plaintiffs has shown that the order contains false and misleading statement made to the Court as to the grounds of counsel withdrawal. Having considered the motion and the applicable law, the Court determines that the foregoing motion should be granted. Accordingly the Court hereby;

ORDERS that the Motion is GRANTED it is order entered on May 6, 2024, [Doc. 46], is hereby stricken from the record and is hereby amended. Attorney Colleen M. McClure Motion to Withdraw is hereby granted.

2 | P a g e

SIGNED on the _____day of _____ 2024

_____
Marvin Isgur
United States Bankruptcy Judge