UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROBERT L. THOMAS *et, al.*
      *Plaintiffs,*                                                        ADVERSARY No. 22-3024

*vs.*

ELIZABETH THOMAS *et al.*,
      *Defendants*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that hearing to consider the Defendant Elizabeth Thomas, Motion for Sanctions will be held on July 18, 2024 at 9:00 a.m., before the Honorable Judge Marvin Isgur, U.S.B.J., in the United States Bankruptcy Court for the Southern District of Texas: Houston Division located at 515 Rusk Street, Houston Tx 77002 in Courtroom 404.

                                      Respectfully submitted,

                                      /s/Elizabeth Thomas
                                      Elizabeth Thomas Pro, Se
                                      712 H Street NE Suite 2487
                                      Washington DC 20002
                                      elizthomas234@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024 a true and correct copy of the foregoing document has been served by electronic transmission via the Court's CM/ECF system upon counsel and all parties registered to receive electronic notice

                                        /s/Elizabeth Thomas