Re: Fw: 22-03024 Statement

From: Elizabeth thomas (elizthomas234@gmail.com)
To: colleen.mcclure@att.net
Date: Saturday, June 1, 2024 at 03:29 PM CDT



thank you

https://elizthomas234.wixsite.com/my-site-3
will be publish on monday

On Fri, May 31, 2024 at 10:01 AM Colleen McClure <colleen.mcclure@att.net> wrote:

> Morning,
>
> Please see below and attached for the notice filed herein.
>
> Thank you,
>
> **Colleen M. McClure**
> **Attorney at Law**
> **Advanced Mediator**
>
> 6046 FM 2920 , #425
> Spring, Texas 77379
> Phone (281) 440-1625
> Fax (281) 946-5627
> https://www.colleen-m-mcclure-attorney.net/
>
> Mark 11:22 "Have Faith of God"
>
> **PLEASE NOTE: EMAILS WILL BE RESPONDED TO WITHIN 48 BUSINESS HOURS**
>
> **CONFIDENTIALITY NOTE**
>
> This e-mail and any attachments contain information from sender which may be confidential and/or legally privileged. This message and any attachments are intended for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance on the contents of these materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege for any of the attorney clients of Colleen McClure. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Dissemination,

distribution, or copying of this communication, in whole or in part, by any unintended or unauthorized recipient is prohibited and may subject you to liability under 18 U.S.C. sec. 2511.

----- Forwarded Message -----
From: "bkecf_livedb@txs.uscourts.gov" <bkecf_livedb@txs.uscourts.gov>
To: "bk_notices@txsb.uscourts.gov" <bk_notices@txsb.uscourts.gov>
Sent: Friday, May 31, 2024 at 09:59:57 AM CDT
Subject: 22-03024 Statement

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from Colleen M. McClure entered on 5/31/2024 at 9:58 AM CDT and filed on 5/31/2024

**Case Name:** Thomas et al v. Thomas et al
**Case Number:** 22-03024
**WARNING: CASE CLOSED on 05/17/2024**
**Document Number:** 52

Docket Text:
Statement *Notice of Vexatious Litigant Elizabeth Thomas, James Andersen, Robert Thomas, and James Allen* (Filed By Colleen McClure ).(Related document(s):[51] Motion for Sanctions) (Attachments: # (1) Exhibit # (2) Exhibit) (McClure, Colleen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Related Case and Declaration on related Property Thomas.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/31/2024] [FileNumber=50453164-0
] [a8c96ea66ebe8c46a4223d8921d817718b2eb029953f32847661b9c72ab025eb264
40eae7f0e9b69a21a6503b066f647c9dc2f3d89f4b78b6d2da84dcd37df3e]]
**Document description:** Exhibit
**Original filename:** C:\fakepath\Exhibit A Thomas Vex. Lit.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/31/2024] [FileNumber=50453164-1
] [28b1f9c118f979a5df1e0436d7f8a0c45a4d41e927d93206f746b2191f834e56fc6
7206c9c407c9bf0d858e64eef5e1b54bae03c89c87bb49121062c3b932509]]
**Document description:** Exhibit
**Original filename:** C:\fakepath\Exhibit B Thomas Vex Lit.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/31/2024] [FileNumber=50453164-2
] [08aba4cdf0a0530d20017c7d6f54afdb7f544aaf009b7afe0a45bf16034aba8a196
ccf05da25fed1e3c0431b4f0783885a77a5b1bc05c5188544dd0375e3fb60]]

**22-03024 Notice will be electronically mailed to:**

Robert Brandon Hakari on behalf of Defendant McCarthy & Holthus, LLP
bhakari@mccarthyholthus.com, mhtbkanhsselffilings@mccarthyholthus.com

Colleen M. McClure on behalf of Plaintiff James Allen
colleen.mcclure@att.net, outsourcedparalegal@gmail.com

Colleen M. McClure on behalf of Plaintiff Robert L. Thomas
colleen.mcclure@att.net, outsourcedparalegal@gmail.com

Gwen E. Richard on behalf of Intervenor-Plaintiff Primary Residential Mortgage, Inc.
grichard@imtexaslaw.com

**22-03024 Notice will not be electronically mailed to:**

Colleen McClure
6046 FM 2920, #425
Spring,

Andrew T McKinney on behalf of Intervenor-Plaintiff Primary Residential Mortgage, Inc.
McKinney Cooper LLP
Three Riverway
Ste 500
Houston, TX 77056

Elizabeth Thomas
712 H Street NE
Suite 1297
Washington, DC 20002

## MOTION TO WITHDRAW

From: Elizabeth thomas (elizthomas234@gmail.com)

To: colleen.mcclure@att.net

Date: Wednesday, July 26, 2023 at 01:10 PM CDT

Can you please file your motion to withdraw or whatever else you're going to file in the 333rd all Amended Notices must be filed today, this way I can exclude you.

Fwd: Anderson v. PCF Properties Appeal

From: Elizabeth thomas (elizthomas234@gmail.com)
To: jandersen.law@gmail.com; colleen.mcclure@att.net
Date: Monday, July 24, 2023 at 02:54 PM CDT

She is working with Burger always has been we will have her website up tomorrow and FOX News will call you on thursday she said this is great news should have been done a long ago have to make sure the whole of Texas knows about her

---------- Forwarded message ---------
From: **Colleen McClure** <colleen.mcclure@att.net>
Date: Mon, Jul 24, 2023 at 2:03 PM
Subject: Anderson v. PCF Properties Appeal
To: John Burger <john@barryandsewart.com>, Keith R. Nguyen <krnlawfirm@gmail.com>, James Andersen <jandersen.law@gmail.com>, Thomas Elizabeth <elizthomas234@gmail.com>

Please see my attached Motion to Withdraw on the Appeals case.  Also attached is my motion to withdraw on the lower court case.

John, I have already noted that you oppose.

If anyone else does not oppose please let me know or does oppose.

Thank you,

*Colleen M. McClure*
**Attorney at Law**
**Advanced Mediator**

6046 FM 2920 , #425
Spring, Texas 77379
Phone  (281) 440-1625
Fax (281) 946-5627
https://www.colleen-m-mcclure-attorney.net/

Mark 11:22 "Have Faith of God"

**PLEASE NOTE:  EMAILS WILL BE RESPONDED TO WITHIN 48 BUSINESS HOURS**

**CONFIDENTIALITY NOTE**

This e-mail and any attachments contain information from sender which may be confidential and/or legally privileged. This message and any attachments are

intended for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance on the contents of these materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege for any of the attorney clients of Colleen McClure. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Dissemination, distribution, or copying of this communication, in whole or in part, by any unintended or unauthorized recipient is prohibited and may subject you to liability under 18 U.S.C. sec. 2511.

 Motion for Withdrawal of Counsel Allen Robert trial court 7.24.23.pdf
208.4kB

 Motion for Withdrawal of Counsel Allen Robert trial court.pdf
21.2kB

 Order Motion for Withdrawal of Counsel Allen Roberts trial court.pdf
17.8kB

 Order Motion for Withdrawal of Counsel Allen Roberts trial court.pdf
178.4kB

Re: Anderson v. PCF Properties Appeal

From: Elizabeth thomas (elizthomas234@gmail.com)
To: colleen.mcclure@att.net
Date: Monday, July 24, 2023 at 02:43 PM CDT

Stop sending me emails we oppose your motion filing in a case removed to federal court we also intent to file a lawsuit against you so mullen tape can be heard in court and media please file and leave me alone

On Mon, Jul 24, 2023 at 2:03 PM Colleen McClure <colleen.mcclure@att.net> wrote:

Please see my attached Motion to Withdraw on the Appeals case.   Also attached is my motion to withdraw on the lower court case.

John, I have already noted that you oppose.

If anyone else does not oppose please let me know or does oppose.

Thank you,

**Colleen M. McClure**
**Attorney at Law**
**Advanced Mediator**

**6046 FM 2920 , #425**
**Spring, Texas 77379**
**Phone  (281) 440-1625**
**Fax (281) 946-5627**
https://www.colleen-m-mcclure-attorney.net/

Mark 11:22 "Have Faith of God"

**PLEASE NOTE:  EMAILS WILL BE RESPONDED TO WITHIN 48 BUSINESS HOURS**

**CONFIDENTIALITY NOTE**

This e-mail and any attachments contain information from sender which may be confidential and/or legally privileged. This message and any attachments are intended for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance on the contents of these materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege for any of the attorney clients of Colleen McClure. If you are not the intended recipient, please do not read,

copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Dissemination, distribution, or copying of this communication, in whole or in part, by any unintended or unauthorized recipient is prohibited and may subject you to liability under 18 U.S.C. sec. 2511.

202035780, ALLEN, JAMES v PCF PROPERTIES IN TX LLC

From: Elizabeth thomas (elizthomas234@gmail.com)

To: Rebecca_Brite@justex.net; colleen.mcclure@att.net; krnlawfirm@gmail.com; ACSEWART@barryandsewart.com; jandersen.law@gmail.com

Date: Monday, June 12, 2023 at 11:03 AM CDT

Good afternoon,

Thank you for your email letting the parties know that we will be apprised as to how the Administrative Judge decides whether to hold a hearing or not. I am just respectfully requesting an oral hearing as we have put this issue out to the tax paying public and many would love to appear and be a part of this hearing, also FOX News has picked the story up and would like to be involved.

I am not lawyer and for now I am appearing pro, se which why I believe this issues surrounding the motion to rescue has become so important to for those seeking to get a better understanding as to how our court system works or should work, Also to support our allegations requires us to call witnesses for these reasons I pray for a oral hearing. Thank you.

Sincerely,

*Elizabeth Thomas*

*346-818-0862*

Re: 22.07.12 Case No. 22-cv-00742--Urgent Request

From: Elizabeth thomas (elizthomas234@gmail.com)

To: cm4147@txs.uscourts.gov

Cc: colleen.mcclure@att.net; rholidy@germer.com; KAltsuler@pecklaw.com; jkoepke@jw.com; Richard@mckinneytaylor.com

Date: Tuesday, July 12, 2022 at 01:34 PM CDT

Dear Mr. Thomas,

Please ignore the communications from Attorney Richards as I am not a party to any of the orders she has filed in this court please see that attached she told another court clerk in Judge Marvin Isgur Court that the stay was still in effect

Elizabeth Thomas, Self Represented
712 H Street NE #1297
Washington D.C. 20002

On Tue, Jul 12, 2022 at 12:05 PM Gwen Richard <Richard@mckinneytaylor.com> wrote:

Dear Mr. Thomas:

I am counsel for Primary Residential Mortgage Inc., a party in the above-referenced case, which was removed to Judge George Hanks's court by Allen R. Mullen II through his counsel, Colleen McClure. At the time of removal, Ms. McClure signed and filed a List of Counsel of Record (Doc. 2 filed on March 9, 2022) that named me as counsel for Primary Residential Mortgage Inc., and also named other counsel for Meritage Home of Texas, LLC and Stewart Title Company. However, Ms. McClure has not served me or these other counsel in her communications and filings related to the above-referenced case. Further, through a misleading statement in the case's style, the Court Clerk will not allow us to file anything in the case, nor will the Clerk serve us with any of the filings.

It has come to my attention that Ms. McClure, counsel for Allen R. Mullen II, has filed a letter with the Court seeking to reverse the removal she previously filed; she apparently now wants to reverse that action. Additionally, Ms. McClure's letter claims that there is an automatic stay in place despite the fact that on April 28, 2022, the presiding Bankruptcy Court in the Southern District of New York issued the attached Order and Memorandum stating there is no such automatic stay. I would like to have the opportunity to respond fully to this letter prior to the Court making any related rulings and ask that the Court not rule until such time as we can respond. I understand the Court has set a conference on July 20, 2022.

Thank you for your courtesy in this regard.

Regards,

**Gwen E. Richard**

*Principal*

D 713.487.1453

O 713.487.1487

C 713.503.5955

F 713.487.1488

richard@mckinneytaylor.com

 MCKINNEY TAYLOR P.C.

Three Riverway, Suite 900

Houston, Texas 77056

www.mckinneytaylor.com

 Case No. 22-03024--Clarification Request Regarding Evidentiary Hearing 6.23.22.pdf
124.4kB