UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROBERT L. THOMAS *et, al.*
    *Plaintiffs,*                                  ADVERSARY No. 22-3024

*vs.*

ELIZABETH THOMAS *et al.*,
    *Defendants*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that hearing to consider the Plaintiffs Robert L. Thomas and James Allen, Motion for Reconsideration will be held on July 18, 2024 at 9:00 a.m., before the Honorable Judge Marvin Isgur U.S.B.J., in the United States Bankruptcy Court for the Southern District of Texas: Houston Division located at 515 Rusk Street, Houston Tx 77002, in Courtroom 404.

Respectfully submitted,

/s/*Robert L. Thomas*
Robert L. Thomas Pro, Se
3337 Cypress Creek Pkwy.
Houston Tx. 77068
Robert9Thomas@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024 a true and correct copy of the foregoing document has been served by electronic transmission via the Court's CM/ECF system upon counsel and all parties registered to receive electronic notice

/s/*Robert L. Thomas*