1 | P a g e

## UNITED STATES BANKRUPCTY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ROBERT L. THOMAS *et, al.*
    *Plaintiffs,*                                         ADVERSARY No. 22-3024

*vs.*

ELIZABETH THOMAS *et al.*,
    *Defendants*

## **EX PARTE JOINT MOTION FOR A CONTINUANCE**

    The Plaintiffs Robert L. Thomas and James Allen requests that the Court's ordered hearing set for July 18, 2024, be continued for 30 days.

    The Plaintiffs Robert L. Thomas and James Allen seeks to continue this hearing because on July 8, 2024, Gov. Abbott declared among others Harris County, Texas a state of emergency. Both my home and business are in Harris County and have sustained serve water damages. Electrical power has just recently today been restored to my home and business; I have a long road ahead of me in making my home livable and my business up functioning. James Allen has been hospitalized due to a heat stroke.

    This motion is made in good faith and not for the purposes of delay. Accordingly, the Plaintiffs Robert L. Thomas and James Allen respectfully requests that the Court grant this motion and continue the July 18, 2024, hearing until August 18, 2024, , or thereafter. A proposed order is attached hereto.

Respectfully submitted,

/s/Robert L. Thomas
Robert L. Thomas Pro, Se
3337 Cypress Creek Pkwy.
Houston Tx. 77068
Robert9Thomas@yahoo.com

/s/James Allen
James Allen Pro, Se
256 Andover Dr.
Atlanta, GA 30360

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024 a true and correct copy of the foregoing document has been served by electronic transmission via the Court's CM/ECF system upon counsel and all parties registered to receive electronic notice

/s/Robert L. Thomas