
SUPPLEMENTED EXHIBIT 1

## Moving Forward

From: ELIZABETH THOMAS (tethomas3@aol.com)

To: aperrylo@yahoo.com; catrice.henry@aonhewitt.com; conquo40@gmail.com; conquo@hotmail.com; rperez2500@gmail.com; rperez2500@yahoo.com; living615@yahoo.com

Date: Monday, March 20, 2017 at 12:05 PM CDT

Hi Everyone

   I want to apologize to my team for the last week of conflict that has done nothing but cause unnecessary delays in our case, and as I look back on the events that lead up to these conflicts I realize that it was all by design. ==Henry C. Cunningham I believe is a person working for our defendants.==

   I remember the day Attorney McClure wanted me to meet with him I was against until she said he also had information he wanted to share.

   Last month February when Cunningham came to the meeting with me, McClure and Andersen he came late in his hand was a long folder with documents similar to our closing documents which are long; he sat and listen to me and McClure go over the new evidence I had found pertaining to the three deeds Attorney Andersen had not yet arrived, Through the whole meeting he never submitted a single document nor provided any information.

   Prior to leaving the meeting he slip me his number and asked that I call him he had a question from then on it became a game with his documents he was looking for them and could not find a single piece paper about the purchase of his house or his loan, however all his conversations with me was about OUR Evidence what documents did we have to prove our case. I prepared a RESPA Request for him to send to his servicer Wells Fargo this is a request that by law a servicer must respond to in a certain amount of days.

   Last week Monday Cunningham text me that he had received a stack of documents in the mail, but he was in bed and drop them off in the morning he never dropped them off in the morning he never came, nor did I hear from him the whole day. He never had any intention of presenting any documents nor being in this case he was just to know what evidence he had to support our case.

   When I mention to McClure that Cunningham could not be in the case because we do not know him, he has no documents their is no evidence to support his claims nothing her response was that Cunningham does not have to show us his documents, in other words we share all our evidence with Cunningham while he shares nothing with us was not a deal I was willing to accept.

   As it stands Attorney McClure had said if I file a amended petition and took Cunningham out then she would draw from representing Perry's, Mullen and Perez's I never filed anything on Friday, however McClure filed a non-suit for Cunningham at his request (after being exposed for what he is) on Friday and I believe today she is filing her motion to withdraw from representing Perry's, Mullen and Perez's, I don't know if she had told any of you.

   What I don't understand is what does Cunningham has to with Perry's, Mullen and Perez's as you don't even know him this clown was just seeking information for the other side. Come what may we are moving forward today:

Attorney Andersen is going to file our motion for declaratory judgment and on Wednesday we are filing about the loans we have come to far to let one person delay or have a negative influence on our case.

I thank you all for hanging in there and we will be fine.

Elizabeth Thomas

Fwd: Anderson v. PCF Properties Appeal

From: Elizabeth thomas (elizthomas234@gmail.com)
To: jandersen.law@gmail.com; colleen.mcclure@att.net
Date: Monday, July 24, 2023 at 02:54 PM CDT

==She is working with Burger always has been we will have her website up tomorrow and FOX News will call you on thursday she said this is great news should have been done a long ago have to make sure the whole of Texas knows about her==

---------- Forwarded message ---------
From: **Colleen McClure** <colleen.mcclure@att.net>
Date: Mon, Jul 24, 2023 at 2:03 PM
Subject: Anderson v. PCF Properties Appeal
To: John Burger <john@barryandsewart.com>, Keith R. Nguyen <krnlawfirm@gmail.com>, James Andersen <jandersen.law@gmail.com>, Thomas Elizabeth <elizthomas234@gmail.com>


Please see my attached Motion to Withdraw on the Appeals case.   Also attached is my motion to withdraw on the lower court case.

John, I have already noted that you oppose.

If anyone else does not oppose please let me know or does oppose.

Thank you,

*Colleen M. McClure*
**Attorney at Law**
**Advanced Mediator**

*6046 FM 2920 , #425*
*Spring, Texas 77379*
*Phone  (281) 440-1625*
*Fax (281) 946-5627*
https://www.colleen-m-mcclure-attorney.net/

Mark 11:22 "Have Faith of God"

**PLEASE NOTE:  EMAILS WILL BE RESPONDED TO WITHIN 48 BUSINESS HOURS**

**CONFIDENTIALITY NOTE**

This e-mail and any attachments contain information from sender which may be confidential and/or legally privileged. This message and any attachments are

intended for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance on the contents of these materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege for any of the attorney clients of Colleen McClure. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Dissemination, distribution, or copying of this communication, in whole or in part, by any unintended or unauthorized recipient is prohibited and may subject you to liability under 18 U.S.C. sec. 2511.

 Motion for Withdrawal of Counsel Allen Robert trial court 7.24.23.pdf
208.4kB

 Motion for Withdrawal of Counsel Allen Robert trial court.pdf
21.2kB

 Order Motion for Withdrawal of Counsel Allen Roberts trial court.pdf
17.8kB

 Order Motion for Withdrawal of Counsel Allen Roberts trial court.pdf
178.4kB

Re: Fw: 22-03024 Statement

From: Elizabeth thomas (elizthomas234@gmail.com)
To: colleen.mcclure@att.net
Date: Saturday, June 1, 2024 at 03:29 PM CDT

thank you

https://elizthomas234.wixsite.com/my-site-3
will be publish on monday

On Fri, May 31, 2024 at 10:01 AM Colleen McClure <colleen.mcclure@att.net> wrote:

> Morning,
>
> Please see below and attached for the notice filed herein.
>
> Thank you,
>
> **Colleen M. McClure**
> **Attorney at Law**
> **Advanced Mediator**
>
> 6046 FM 2920, #425
> Spring, Texas 77379
> Phone (281) 440-1625
> Fax (281) 946-5627
> https://www.colleen-m-mcclure-attorney.net/
>
> Mark 11:22 "Have Faith of God"
>
> **PLEASE NOTE: EMAILS WILL BE RESPONDED TO WITHIN 48 BUSINESS HOURS**
>
> **CONFIDENTIALITY NOTE**
>
> This e-mail and any attachments contain information from sender which may be confidential and/or legally privileged. This message and any attachments are intended for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance on the contents of these materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege for any of the attorney clients of Colleen McClure. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Dissemination,

distribution, or copying of this communication, in whole or in part, by any unintended or unauthorized recipient is prohibited and may subject you to liability under 18 U.S.C. sec. 2511.

----- Forwarded Message -----
**From:** "bkecf_livedb@txs.uscourts.gov" <bkecf_livedb@txs.uscourts.gov>
**To:** "bk_notices@txsb.uscourts.gov" <bk_notices@txsb.uscourts.gov>
**Sent:** Friday, May 31, 2024 at 09:59:57 AM CDT
**Subject:** 22-03024 Statement

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from Colleen M. McClure entered on 5/31/2024 at 9:58 AM CDT and filed on 5/31/2024

**Case Name:**     Thomas et al v. Thomas et al
**Case Number:**   22-03024
**WARNING: CASE CLOSED on 05/17/2024**
**Document Number:** 52

**Docket Text:**
Statement *Notice of Vexatious Litigant Elizabeth Thomas, James Andersen, Robert Thomas, and James Allen* (Filed By Colleen McClure ).(Related document(s):[51] Motion for Sanctions) (Attachments: # (1) Exhibit # (2) Exhibit) (McClure, Colleen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Notice of Related Case and Declaration on related Property Thomas.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/31/2024] [FileNumber=50453164-0
] [a8c96ea66ebe8c46a4223d8921d817718b2eb029953f32847661b9c72ab025eb264
40eae7f0e9b69a21a6503b066f647c9dc2f3d89f4b78b6d2da84dcd37df3e]]
**Document description:** Exhibit
**Original filename:** C:\fakepath\Exhibit A Thomas Vex. Lit.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/31/2024] [FileNumber=50453164-1
] [28b1f9c118f979a5df1e0436d7f8a0c45a4d41e927d93206f746b2191f834e56fc6
7206c9c407c9bf0d858e64eef5e1b54bae03c89c87bb49121062c3b932509]]
**Document description:** Exhibit
**Original filename:** C:\fakepath\Exhibit B Thomas Vex Lit.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=5/31/2024] [FileNumber=50453164-2
] [08aba4cdf0a0530d20017c7d6f54afdb7f544aaf009b7afe0a45bf16034aba8a196
ccf05da25fed1e3c0431b4f0783885a77a5b1bc05c5188544dd0375e3fb60]]

**22-03024 Notice will be electronically mailed to:**

Robert Brandon Hakari on behalf of Defendant McCarthy & Holthus, LLP
bhakari@mccarthyholthus.com, mhtbkanhsselffilings@mccarthyholthus.com

Colleen M. McClure on behalf of Plaintiff James Allen
colleen.mcclure@att.net, outsourcedparalegal@gmail.com

Colleen M. McClure on behalf of Plaintiff Robert L. Thomas
colleen.mcclure@att.net, outsourcedparalegal@gmail.com

Gwen E. Richard on behalf of Intervenor-Plaintiff Primary Residential Mortgage, Inc.
grichard@imtexaslaw.com

**22-03024 Notice will not be electronically mailed to:**

Colleen McClure
6046 FM 2920, #425
Spring,

Andrew T McKinney on behalf of Intervenor-Plaintiff Primary Residential Mortgage, Inc.
McKinney Cooper LLP
Three Riverway
Ste 500
Houston, TX 77056

Elizabeth Thomas
712 H Street NE
Suite 1297
Washington, DC 20002

This site was designed with the WIX.com website builder. Create your website today. Start Now

ELIZABETH THOMAS ADVOCATE GROUP          Contact

*ATTORNEY MISCONDUCT*

# LIC NOTICE BEWARE DI
# I HIRE THIS ATTORNEY
# _LEEN M. McCLURE THE
# D BELOW

Get in Touch

# About US.

This site was designed with the WIX.com website builder. Create your website today.  Start Now

The Elizabeth Thomas Advocate Group consist of a group of professionals many of whom has been victimized by making the mistake of hiring Attorney Colleen M.McClure. This website has been design to bring public awareness of the dangers one can find ourselves in just by hiring the wrong attorney.

Attorney Colleen M.McClure as lure advertise herself as christen attorney as this gives the false sense of hiring an attorney that is honest and truthful.

When in fact McClure is far from a christen attorney, that is honest and truthful instead when hiring her she will sell you out the opposing side by providing them with information that could have only been discovered through McClure in order words she work for the other side not her client. McClure will secretly file lawsuits in your names without your knowledge or consent and get judgments and sanctions against you. McClure will appear in court and will not be able to tell the judge when asked why she is even there. McClure will charge you legal fees to file a Chapter 13 bankruptcy petitions and will disclosed that she has been barred by a Bankruptcy Judge from filing Chapter 13 petitions. McClure has forged other attorney;s names to documents as well as others. McClure lose most of her cases and her clients are forced to file bankruptcy due having either a judgment or sanctions levied against the.

McClure has no professional law practice she practices out of a room in her house were she is heavy monitored by her husband a non-attorney, If you loo up her reviews on line you will see that after 30 or more years in practice she only has 13 reviews and most of those are negative.

This is a special public notice for Texas seniors citizens some that have already fallen victim to McClure to be aware of the is spawn of Satan, as she will abandon your case or make deal with the order side against you.

If you have fallen victim to McClure we want to hear from you as we intend to file a class action lawsuit against her. We also have on standby real honest ethical Attorneys that will assist you with filing a grievance complaint against McClure with no cost you. These attorney's will not sell you out to the other opposing side.

Choosing and hiring an attorney to represent you is one of the most important decisions you will make and having some back ground information goes a long way if you need help we are here for you.

If you don't have legal issues then we ask that you consider supporting us we preparing a on line petition asking the Texas State Bar to disbar Attorney McClure and we request when the petition is circulated that the public please sign it.

First Name                                                                                          Last Name

This site was designed with the WIX.com website builder. Create your website today. Start Now

Elizabeth Thomas
712 H St. NE Suite
Washington DC., 20002
elizthomas234@gmail.com

336-878-0862
elizthomas234@gmail.com

Email *

Message

Send

Re: Anderson v. PCF Properties Appeal

From: Elizabeth thomas (elizthomas234@gmail.com)
To: colleen.mcclure@att.net
Date: Monday, July 24, 2023 at 02:43 PM CDT

Stop sending me emails we oppose your motion filing in a case removed to federal court we also intent to file a lawsuit against you so mullen tape can be heard in court and media please file and leave me alone

On Mon, Jul 24, 2023 at 2:03 PM Colleen McClure <colleen.mcclure@att.net> wrote:

Please see my attached Motion to Withdraw on the Appeals case.  Also attached is my motion to withdraw on the lower court case.

John, I have already noted that you oppose.

If anyone else does not oppose please let me know or does oppose.

Thank you,

**Colleen M. McClure**
**Attorney at Law**
**Advanced Mediator**

*6046 FM 2920 , #425*
*Spring, Texas 77379*
*Phone  (281) 440-1625*
*Fax (281) 946-5627*
*https://www.colleen-m-mcclure-attorney.net/*

Mark 11:22 "Have Faith of God"

**PLEASE NOTE:  EMAILS WILL BE RESPONDED TO WITHIN 48 BUSINESS HOURS**

**CONFIDENTIALITY NOTE**

This e-mail and any attachments contain information from sender which may be confidential and/or legally privileged. This message and any attachments are intended for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance on the contents of these materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney client privilege for any of the attorney clients of Colleen McClure. If you are not the intended recipient, please do not read,

copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Dissemination, distribution, or copying of this communication, in whole or in part, by any unintended or unauthorized recipient is prohibited and may subject you to liability under 18 U.S.C. sec. 2511.