## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: | Name of Debtor: Elizabeth Thomas |
| Adversary No: 22-3024 | Style of Adversary: Robert L. Thomas et al., vs. Elizabeth Thomas et, al. |
| Witnesses: | |
| James M. Andersen | Judge: Marvin Isgur |
| Colleen M. McClure | Courtroom Deputy: |
| Any Cross Examination of a Witness for the Debtor | Hearing Date: July 31, 2024 |
| | Hearing Time: 2:00 PM |
| | Party's Name: Elizabeth Thomas |
| | Attorney's: Pro, Se |
| | Attorney's Phone: |
| | Nature of Proceeding: |
| Any other witness of the Debtor | MOTION FOR SANCTIONS AGAINST ATTORNEY COLLEEN M. MCLCURE |
| | |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | March 22, 2023, Hearing Transcript of Colleen M. McClure testimony before the Court | | | | |
| 2 | McClure Amended Motion For Withdrawal of Counsel under the false pretense she never represented Thomas | | | | |
| 3 | A forgedRepresentation Agreement in Attorney Andersen name . | | | | |
| 4 | Andersen objection to signature. | | | | |
| 5 | McClure filed an unprofessional Third Amended Petition as counsel for Elizabeth Thomas without her knowledge or consent. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | 333rd District Court Docket shows McClure has signed numerous pleadings before the Court as Thomas counsel. | | | | | |
| 7 | McClure filed a Writ of Mandamus in the First Court of Appeals for Thomas | | | | | |
| 8 | The First Court of Appeals docket sheet evidence that McClure filed various pleadings as Thomas counsel. | | | | | |
| 9 | McClure filed a Writ of Mandamus in the Fourteeth Court of Appeals as counsel of record for Thomas. | | | | | |
| 10 | McClure Affidavit swearing before the Court that she is counsel for Thomas | | | | | |
| 11 | The Fourteeth Court of Appeals docket sheet evidence that McClure filed various pleadings as Thomas counsel | | | | | |
| 12 | McClure filed Writ of Mandamus Texas Supreme Court as Thomas counsel | | | | | |
| 13 | Supreme Court docket showsMcClure filed the Mandamus as Thomas counsel | | | | | |
| 14 | Communitcations via Text messages between McClure and Thomas | | | | | |
| 15 | Attorney James M. Andersen Declaration in that he represented Thomas with Mcclure in in cause No. 2017-82388 127th District Court | | | | | |
| 16 | Attorney Andersen and McClure signatures on First Amended Petition filed in cause No. 2017-82388, filed on behalf of Thomas | | | | | |
| 17 | McClure represented Thomas in Cause No. 2016-87941, Miramar Lake vs. 333rd District court Thomas she removed the case to Federal Court | | | | | |
| 18 | Federal Court docket sheet McClure Thomas in Federal Court after removal | | | | | |
| 19 | Attorney Andersen denies the signature on Representation Agreement is his. | | | | | |
| 20 | | | | | | |